UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ALDIN LAPASTICA,

                Plaintiff,

    - against -

AUTO FILLING SERVICES, LLC, ET AL.,

                Defendants.

22-cv-10254 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The parties are directed to file a Rule 26(f) report by March 13, 2023.

SO ORDERED.

Dated:    New York, New York
           February 25, 2023

                                             John G. Koeltl
                                     United States District Judge