```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
───────────────────────────────────────
ALDIN LAPASTICA,

                    Plaintiff,
                                          22-cv-10254 (JGK)
       - against -
                                          ORDER
AUTO FILLING SERVICES, LLC, ET AL.,

                    Defendants.
───────────────────────────────────────
```

**JOHN G. KOELTL, District Judge:**

The conference scheduled for March 14, 2023, at 3 p.m. is **canceled.**

**SO ORDERED.**

**Dated:    New York, New York**
**           March 3, 2023**

                                            /s/ John G. Koeltl
                                             **John G. Koeltl**
                                   **United States District Judge**