# LAW OFFICE OF DAVID BINSON
*Attorney and Counselor at Law*

1060 Quentin Place  
Woodmere, NY 11598  
Tel: (917) 386-3071  
Fax: (212) 257-7032  
Email: dbinson@binsonlaw.com

USDC SDNY  
DOCUMENT  
ELECTRONICALLY FILED  
DOC #:_____  
DATE FILED: 03/30/2023

**MEMO ENDORSED**

March 30, 2023

**Sent Via ECF:**

Honorable Judge Katharine H. Parker  
United States District Court  
500 Pearl Street, Courtroom 750  
New York, NY 10007

**Re:  Lapastica v. Auto Filling Services, LLC, et al.  
Case No. 22-cv-10254**

Honorable Judge Parker:

I represent Defendant Joel Klein in connection with the above referenced action and I was just retained in connection with this case. I submit this letter to respectfully request that the Initial Case Management Conference currently scheduled for April 3, 2023 be adjourned to May 24, 2023, or to an appropriate date the court deems proper. This is Mr. Klein's first request for an adjournment of this conference, and an Initial Conference originally set for March 14, 2023 was cancelled. Both counsel for Plaintiff and for Defendants Auto Filling Services, LLC and Meir Eisenstadt graciously consent to this request.

Thank you in advance for your kind consideration in this matter.

Very truly yours,

/S/ DAVID BINSON  
David Binson, Esq.

cc.  Nisar Law Group, P.C. (Via Email and ECF)  
     Law Offices of Jeremy Rosenberg (Via Email and ECF)

---

**APPLICATION GRANTED:** The Initial Case Management Conference scheduled for Monday, April 3, 2023 at 11:30 AM in Courtroom 17D, 500 Pearl Street, New York, NY 10007 is hereby rescheduled to Tuesday, June 27, 2023 at 10:00 a.m.

APPLICATION GRANTED

Hon. Katharine H. Parker, U.S.M.J.  
03/30/2023