# LAW OFFICE OF DAVID BINSON
*Attorney and Counselor at Law*

1060 Quentin Place
Woodmere, NY 11598
Tel: (917) 386-3071
Fax: (212) 257-7032
Email: dbinson@binsonlaw.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 06/20/2023
```

**MEMO ENDORSED**

June 20, 2023

**Sent Via ECF:**

Honorable Judge Katharine H. Parker
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 750
New York, NY 10007

**APPLICATION GRANTED:** The Initial Case Management Conference scheduled for Tuesday, June 27, 2023 at 10:00 AM in Courtroom 17D, 500 Pearl Street, New York, NY 10007 is hereby rescheduled to Wednesday, July 26 2023 at 3:15 p.m.

*APPLICATION GRANTED*
/s/ Katharine H. Parker
Hon. Katharine H. Parker, U.S.M.J.
06/20/2023

   Re: **Lapastica v. Auto Filling Services, LLC, et al.**
       **Case No. 22-cv-10254**

Honorable Judge Parker:

   I represent Defendant Joel Klein in connection with the above referenced action. I submit this letter to respectfully request that the Initial Case Management Conference currently scheduled for June 27, 2023 be adjourned to July 25, 2023, or to an appropriate date the court deems proper, and for the time to submit the Proposed Case Management Plan and Report of Rule 26(f) Meeting (which meeting was held on June 7, 2023) be extended to one week before said conference. This is Mr. Klein's second request for an adjournment of this conference. This extension is being sought since the time for all Defendants to answer the amended complaint is scheduled for July 17, 2023, and since Defendant Klein is gathering documents and information for Plaintiff in the hopes of potentially resolving this matter without engaging in costly litigation. Both counsel for Plaintiff and for Defendants Auto Filling Services, LLC and Meir Eisenstadt graciously consent to this request.

   Thank you in advance for your kind consideration in this matter.

                                          Very truly yours,

                                          **/S/ DAVID BINSON**
                                          David Binson, Esq.

cc. Nisar Law Group, P.C. (Via Email and ECF)
    Law Offices of Jeremy Rosenberg (Via Email and ECF)