USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/18/2023

# LAW OFFICE OF DAVID BINSON

*Attorney and Counselor at Law*

1060 Quentin Place
Woodmere, NY 11598
Tel: (917) 386-3071
Fax: (212) 257-7032
Email: dbinson@binsonlaw.com

July 17, 2023

**Sent Via ECF:**

Honorable Judge Katharine H. Parker
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 75
New York, NY 10007

> GRANTED IN PART AND DENIED IN PART.
> The deadline for all defendants to answer or move is extended *nunc pro tunc* from July 17, 2023 to August 17, 2023. No further extensions of this deadline will be granted absent a showing of good cause. The request to adjourn the Initial Case Management Conference and deadline to submit the case management plan is denied.
>
> SO ORDERED:
> /s/ Katharine H. Parker
> HON. KATHARINE H. PARKER
> UNITED STATES MAGISTRATE JUDGE    7/18/2023

**Re: Lapastica v. Auto Filling Services, LLC
Case No. 22-cv-10254**

Honorable Judge Parker:

  I represent Defendant Joel Klein in connection with the above referenced action. I submit this letter to respectfully request that: a) The time for **ALL** Defendants to answer or move be extended from July 17, 2023 to August 17, 2023. This is the fourth request for an extension; and b) The Initial Case Management Conference currently scheduled for July 26, 2023 be adjourned to August 30, 2023, or to an appropriate date the court deems proper, and for the time to submit the Proposed Case Management Plan and Report of Rule 26(f) Meeting (which meeting was held on June 7, 2023) be extended to one week before the conference. This is the third request for an adjournment.

  Counsel for Co-Defendants Auto Filling Services, LLC and Meir Eisenstadt join in this request, and Plaintiff's counsel graciously consents to this request. This extension is being sought since the parties continue to engage in good faith negotiations in the hopes of resolving this matter without further litigation.

  Thank you in advance for your kind consideration in this matter.

               Very truly yours,

               **/S/ DAVID BINSON**
               David Binson, Esq.

cc. Nisar Law Group, P.C. (Via Email and ECF)
   Law Offices of Jeremy Rosenberg (Via Email and ECF)