```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/16/2023
```

THE LAW OFFICE OF JEREMY ROSENBERG
ATTORNEY AT LAW
777 CHESTNUT RIDGE ROAD, SUITE 2
CHESTNUT RIDGE, NEW YORK 10977

(845) 729-1172

> The purpose of the upcoming Settlement Status Call is to discuss the settlement between Plaintiffs and Defendants Joel Klein and Joel Klein CPBC ("the CPBC Defendants"). Accordingly, Mr. Rosenberg, counsel for Meir Eisenstaedt and Auto Filling Services, LLC, is excused from the upcoming call. The upcoming call will take place as scheduled on November 21, 2023 at 2:00p.m., and only counsel for Plaintiffs and the CPBC Defendants should attend.

VIA ECF
The Honorable Magistrate Katharine H. Parker
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

SO ORDERED:

*Katharine H. Parker*

HON. KATHARINE H. PARKER
UNITED STATES MAGISTRATE JUDGE    11/16/2023

Re: Lapastica v. Auto Filling Services, LLC et al.
Case No. 22-CV-10254 (JGK)(KHP)

Dear Magistrate Parker:

I represent defendants Meir Eisenstaedt and Auto Filling Services, LLC ("Defendants"), in the above-referenced action.

Defendants respectfully request an adjournment of the Settlement Status Call scheduled by the Court for November 21, 2023, at 2:00 p.m. Such a request is necessary as I am traveling out of the country this week and not returning to the office until November 27, 2023. Further, the Court should be advised that Defendants and plaintiff are continuing mediation on November 29, 2023, with the hope that a resolution at that time will be reached. As such, in any event, a Settlement Status Call would perhaps be more productive after the mediation conducted between Defendants and plaintiff on November 29, 2023.

Defendants thank the Court for its consideration in this regard.

Respectfully submitted,

Jeremy Rosenberg (JR-4111)

cc: Susan Ghim, Esq. (via ECF)
David Binson, Esq. (via ECF)

{00034836.DOCX}