```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
------------------------------------------------------------

ALDIN LAPASTICA,

                      Plaintiff,

     - against -

AUTO FILLING SERVICES, LLC, ET AL.,

                      Defendants.

22-cv-10254 (JGK)

<u>ORDER</u>

------------------------------------------------------------

**JOHN G. KOELTL, District Judge:**

    To assist the Court in determining the reasonableness of the settlement and attorney's fees, by **December 15, 2023,** the plaintiff should provide the following information: (1) the settlement agreement; (2) an explanation of the reasonable and adequate nature of the settlement and attorney's fees; and (3) the information necessary to calculate the "lodestar cross-check" -- namely the time records for the attorney work performed, the usual hourly rate for the plaintiff's counsel, and a brief biography of any lawyers who worked on the case.

**SO ORDERED.**

Dated:    New York, New York
           December 1, 2023

                                      /s/ John G. Koeltl
                                      John G. Koeltl
                               United States District Judge